The Honorable Ronald B. Leighton

Steven Goldstein
Victoria M. Pond
BETTS, PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Attorneys for Defendant Island Tug and Barge Company

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM E. STIDD and ROSA STIDD, Husband and Wife and the Marital Community Composed Thereof,<br><br>Plaintiffs,<br><br>vs.<br><br>ISLAND TUG AND BARGE COMPANY, A Corporation,<br><br>Defendant. | NO. C05 5262 RBL<br><br>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)<br><br>**Note on Motion Calendar:**<br>**May 13, 2005 Without Oral Argument** |

This matter having come before the Court on defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), and the Court being fully advised; now therefore it is hereby

[PROPOSED] ORDER GRANTING NLC'S
12(b)(6) MOTION TO DISMISS
PLAINTIFF'S COMPLAINT                                         - 1 -
259131/060705 1558/61840046

**Betts**
**Patterson**
**Mines**
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

ORDERED that Defendant's Motion is GRANTED. The claims of Rosa Stidd and the marital community are dismissed.

Dated at Seattle, Washington this 7th day of June, 2005.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Prepared by:

BETTS, PATTERSON & MINES, P.S.

By_____
   Steven Goldstein, WSBA #11042
   Victoria M. Pond, WSBA #33159
   Betts, Patterson & Mines, P.S.
   701 Pike Street #1400
   Seattle, Washington  98101
   Telephone:  (206) 292-9988
   Facsimile:  (206) 343-7053

Attorneys for Defendant Island Tug and Barge Company

[PROPOSED] ORDER GRANTING NLC'S
12(b)(6) MOTION TO DISMISS
PLAINTIFF'S COMPLAINT                    - 2 -
259131/060705 1558/61840046

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988